# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 1:18-cv-00744-LO-TCB |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP address ) | |
| 96.255.107.54, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR LEAVE TO SERVE A THIRD PARTY
## SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE

Pursuant to the Federal Rules Civil Procedure 26(d)(1), and upon the attached: (1) Memorandum of Law in support of this motion; (2) Declaration of Greg Lansky in support of this motion; (3) Declaration of Tobias Fieser in support of this motion; (4) Declaration of John S. Pasquale in support of this motion; and (5) Declaration of Susan B. Stalzer in support of this motion, Strike 3 Holdings, LLC ("Plaintiff") respectfully moves for entry of an order granting it leave to serve a third party subpoena on Verizon Fios, prior to a Rule 26(f) conference (the "Motion"). A proposed order is attached for the Court's convenience.

Dated: 07/31/2018

                                          Respectfully submitted,

                                          s/ *Jessica Haire*
Jessica Haire, Esq.
Va. Bar No. 82513
Attorney for Strike 3 Holdings, LLC
Fox Rothschild LLP
1030 15th Street, NW
Suite 380E
Washington, DC 20005
Phone: 202-461-3109
Fax: 202-461-3102
jhaire@foxrothschild.com